# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gateway School District,       :
           Appellant    :
                         :
          v.          :     No. 388 C.D. 2017
                         :
Teamsters Local 205      :

## O R D E R

**AND NOW,** this 9th day of April, 2018, it is ordered that the above-captioned Memorandum Opinion, filed January 3, 2018, shall be designated OPINION and shall be REPORTED.

_____
JAMES GARDNER COLINS, Senior Judge